# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00212-CV

**R. G. and S. G., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-19-000005, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R. G. filed his notice of appeal on March 24, 2020. The appellate record was complete April 10, 2020, making appellant's brief due April 30, 2020. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Karen J. Langsley to file appellant's brief no later than May 22, 2020. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 6, 2020.

Before Justices Goodwin, Kelly, and Smith